

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2015

No. 04-15-00051-CV

**IN THE INTEREST OF H.R.S.,** A Child,

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 14-01-0013-CVA
Honorable Melissa Uram-Degerolami, Judge Presiding

## O R D E R

The reporter's record was due February 9, 2015, but was not filed. The court reporter is reminded that, by statute, this appeal is accelerated, and is to take precedence over other matters. TEX. FAM. CODE ANN. § 109.002(a) (West Supp. 2014).

We therefore **ORDER** Steve Turner, the court reporter, to file the reporter's record on or before **February 23, 2015**. The reporter is reminded that strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights. With regard to the appellate record, appellate courts may not grant more than 30 days *cumulatively* with regard to extensions of time for the reporter's record. TEX. R. APP. P. 28.4(b).

We further **order** the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court